| | |
|---|---|
| PETER STROJNIK, SR, <br><br>Plaintiff, <br><br>v. <br><br>WEAVER ENTERPRISES, LP, Doing Business as Americana Modern Hotel, <br><br>Defendant. | Case No. 1:19-cv-01322-LJO-EPG <br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff, Peter Strojnik, Sr., proceeding *pro se*, has filed an action against Defendant, Weaver Enterprises, LP, doing business as American Modern Hotel. (ECF No. 1.) In his complaint, plaintiff alleges that Defendant violated the Americans with Disabilities Act, the California Unruh Civil Rights Act, the California Disabled Persons Act, and common law negligence per se. The alleged violations took place in Redding, California, which is located in Shasta County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division. *See* Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **September 24, 2019**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE